TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00513-CR






Ryan Seawright, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT


NO. 991022, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Ryan Seawright seeks to appeal from a judgment of conviction for possession of
cocaine. The trial court has certified that Seawright waived the right of appeal. The appeal is
dismissed. See Tex. R. App. P. 25.2(d).



 __________________________________________

 Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: September 23, 2004

Do Not Publish